IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALISHER KHALIMOV, | : | Civil No. 3:23-cv-1183 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN CRAIG LOWE, | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, this 11th day of August, 2023, upon consideration of Petitioner's motion (Doc. 7) to transfer this action to the United States District Court for the Western District of Pennsylvania, based on his transfer from the Pike County Correctional Facility to the Moshannon Valley Processing Center, and it being well-established that jurisdiction attaches on the initial filing for habeas corpus relief and is not destroyed by a transfer of the petitioner and the accompanying custodial change, see *Rumsfeld v. Padilla*, 542 U.S. 426, 441 (2004), and that since this Court had jurisdiction over the habeas petition at the time the petition was filed, jurisdiction was not defeated by Petitioner's subsequent transfer, **IT IS HEREBY ORDERED THAT** the motion (Doc. 7) is **DENIED**.

Robert D. Mariani
United States District Judge